UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61348-CIV-DIMITROULEAS

SUSAN GOLDSTEIN,

    Plaintiff,

vs.

,MSC CRUISES, S.A.,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S MOTION TO REQUIRE MEDIATION
TO OCCUR PRIOR TO END OF DISCOVERY**

THIS CAUSE is before the Court on Plaintiff's Motion to Require Mediation to Occur Prior to End of Discovery (the "Motion"). [DE 16].  The Court has considered the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 16] is **DENIED** to the extent Plaintiff seeks to compel Defendant to engage in early mediation prior to the mediation deadline (60 days prior to trial). However, the parties are free to engage in mediation sooner, should they choose to do so.  The Court encourages the parties to attempt to resolve this matter expeditiously.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 10th day of August, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of record