UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61348-WPD

SUSAN GOLDSTEIN

Plaintiff,

v.

MSC CRUISES, S.A.,

Defendant.

_____/

### PLAINTIFF'S RE-REQUEST FOR ENTRY UPON VESSEL FOR INSPECTION AND OTHER PURPOSES

Plaintiff, Susan Goldstein, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34, hereby requests permission from the Defendant, MSC Cruises, for entry upon its vessel the *Divina*, on **Sunday January 20th, 2019**, for the purpose of inspecting, measuring, surveying, photographing, testing or video-taping the area of the subject incident (as alleged in the Complaint).

Please note, that any and all experts conducting an analysis of the aforementioned vessel structure must be in plain view of the examiner expert. In case that this cannot be complied with, neither expert shall have knowledge of the other's examination process. Furthermore, provide the subject area of the incident to be inspected in substantially the same condition as it was at the time of the incident. Specifically, this includes the areas where the Plaintiff walked immediately prior, during, and subsequent to her incident as well as the immediately surrounding areas. Said inspection shall be performed by counsel for Plaintiff and Plaintiff's expert on the following date and time, and at the following location:

**DATE OF INSPECTION: January 20th, 2019**

**TIME OF INSPECTION: 10:00 AM (Local Time)**

**LOCATION: MSC Divina docked in Miami, Florida.**

Respectfully Submitted,

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 10, 2018 the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified.

Respectfully submitted,

By: <u>/s/ Matthias Hayashi</u>
Spencer M. Aronfeld, Esq.
aronfeld@aronfeld.com
Florida Bar No.: 905161
Matthias M. Hayashi, Esq.
mhayashi@aronfeld.com
Florida Bar No.: 0115973

ARONFELD TRIAL LAWYERS
3132 Ponce de Leon Boulevard
Coral Gables, FL 33134
P: (305) 441-0440
F: (305) 441-0198
*Attorneys for Plaintiff*
