UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

SUSAN GOLDSTEIN

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.
_____/

**DEFENDANT'S WITNESS LIST**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Hon. William P. Dimitrouleas | See attached service list | See attached service list |

| Trial Period | Court Reporter | Courtroom Deputy |
|---|---|---|
| September 9, 2019 | | |

| Witness | Address |
|---|---|
| 1. Susan Goldstein | 1311 Brightwater Ave., Apt. 2-B<br>Brooklyn, NY 11235 |
| 2. Janet Apter | 2529 E 19th Street<br>Brooklyn, NY 11229 |
| 3. Francesca Montijp | 149 96th Street<br>Brooklyn, NY 11209 |
| 4. Vladinro Speranzer | 1698 Jefferson Avenue<br>Miami Beach, FL 33139 |
| 5. Mark Goldstein | 1311 Brightwater Avenue #2B<br>Brooklyn, NY 11235 |
| 6. David P. Wills, P.E.* | Exponent<br>4101 SW 71st Avenue<br>Miami, FL 33155 |

1

| | | |
|---|---|---|
| 7. | Dr. Jerry S. Sher * | International Orthopedic Specialists<br>2260 NE 123rd Street<br>North Miami, FL 33181 |
| 8. | Records Custodian | International Orthopedic Specialists<br>2260 NE 123rd Street<br>North Miami, FL 33181 |
| 9. | Dr. Bruce Kohrman* | South Miami Neurology LLC<br>6200 Sunset Drive, Suite 305<br>South Miami, FL 33143 |
| 10. | Records Custodian | South Miami Neurology LLC<br>6200 Sunset Drive, Suite 305<br>South Miami, FL 33143 |
| 11. | Dr. Jeffery Marc | Jeffrey C. Marc MD<br>1711 Sheepshead Bay Road, Ste. B<br>Brooklyn, NY 11235 |
| 12. | Records Custodian | Jeffrey C. Marc MD<br>1711 Sheepshead Bay Road, Ste. B<br>Brooklyn, NY 11235 |
| 13. | Lesley Anne Warren, DPM, PA | Select Physical Therapy<br>333 Arthur Godfrey Road, Suite 718<br>Miami Beach, FL 33140 |
| 14. | Records Custodian | Select Physical Therapy<br>333 Arthur Godfrey Road, Suite 718<br>Miami Beach, FL 33140 |
| 15. | Records Custodian | Select Physical Therapy<br>4016 Chase Ave.<br>Miami Beach, FL 33140 |
| 16. | Dr. Michael Thorpe | Central Magnetic Imaging - North<br>1860 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 |
| 17. | Records Custodian | Central Magnetic Imaging - North<br>1860 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 |

| | |
|---|---|
| 18. Dr. Michael Wittels | Mount Sinai Medical Center<br>1085 Kane Concourse<br>Bal Harbor Island, FL 33154 |
| 19. Records Custodian | Mount Sinai Medical Center<br>1085 Kane Concourse<br>Bal Harbor Island, FL 33154 |
| 20. Dr. Michael Wittels | Wittels Orthopedic & Sports Medicine Center<br>1085 Kane Concourse<br>Bal Harbor Island, FL 33154 |
| 21. Records Custodian | Wittels Orthopedic & Sports Medicine Center<br>1085 Kane Concourse<br>Bal Harbor Island, FL 33154 |
| 22. Dr. Lucien Alexandre | Mount Sinai Medical Center<br>4302 Alton Road, Suite 840<br>Miami Beach, FL 33140 |
| 23. Records Custodian | Mount Sinai Medical Center<br>4302 Alton Road, Suite 840<br>Miami Beach, FL 33140 |
| 24. Dr. Nicholas D. Suite | Neurology, Diagnosis and Applied Solution, Inc.<br>11420 N Kendall Drive, Suite 100<br>Miami, FL 33176 |
| 25. Dr. Jeff Dreasel | Neurology, Diagnosis and Applied Solution, Inc.<br>11420 N Kendall Drive, Suite 100<br>Miami, FL 33176 |
| 26. Records Custodian | Neurology, Diagnosis and Applied Solution, Inc.<br>11420 N Kendall Drive, Suite 100<br>Miami, FL 33176 |
| 27. Dr. Marina Neystat | Weill Cornell Medicine – Advanced Medical Care<br>1117 Brighton Beach Avenue, 2nd Floor<br>Brooklyn, NY 11235 |

| | |
|---|---|
| 28. Records Custodian | Weill Cornell Medicine – Advanced Medical Care<br>1117 Brighton Beach Avenue, 2nd Floor<br>Brooklyn, NY 11235 |
| 29. Dr. Simone Betchen | Maimonides Medical Center<br>4802 10th Avenue<br>Brooklyn, NY 11219 |
| 30. Records Custodian | Maimonides Medical Center<br>4802 10th Avenue<br>Brooklyn, NY 11219 |
| 31. Dr. Ashley Marcus | Precision Care Medical Care and Sports Performance<br>2781 Shell Road, Suite 101<br>Brooklyn, NY 11223 |
| 32. Records Custodian | Precision Care Medical Care and Sports Performance<br>2781 Shell Road, Suite 101<br>Brooklyn, NY 11223 |
| 33. Raymond Bartoli, D.C. | Raymond Bartoli Chiropractic<br>1118 Avenue Y<br>Brooklyn, NY 11235 |
| 34. Records Custodian | Raymond Bartoli Chiropractic<br>1118 Avenue Y<br>Brooklyn, NY 11235 |
| 35. Brian Berliner, D.C. | Sheepshead Bay Chiropractic Center<br>2572 East 15th Street<br>Brooklyn, NY 11235 |
| 36. Records Custodian | Sheepshead Bay Chiropractic Center<br>2572 East 15th Street<br>Brooklyn, NY 11235 |
| 37. Boris Shapiro, RPT | Bosh Physical Therapy<br>420 Lincoln Road, Suite 415<br>Miami Beach, FL 33139 |
| 38. Records Custodian | Bosh Physical Therapy<br>420 Lincoln Road, Suite 415<br>Miami Beach, FL 33139 |

4

| | |
|---|---|
| 39. Dr. Evan Sorkin | 3000 Ocean Parkway #2g<br>Brooklyn, NY 11235 |
| 40. Records Custodian | Dr. Evan Sorkin<br>3000 Ocean Parkway #2g<br>Brooklyn, NY 11235 |
| 41. Records Custodian | Fyzical Therapy<br>2240 NE 123rd Street<br>North Miami, FL 33181 |
| 42. Records Custodian | Globe Drug Store<br>405 86th St., Brooklyn, NY 11209 |
| 43. Records Custodian | NJ Spine and Orthopedic<br>545 5th Ave., Suite 1009<br>New York City, NY 10017 |
| 44. Records Custodian | Ocean Radiology<br>3049 Ocean Parkway<br>Brooklyn New York, 11235 |
| 45. Records Custodian | CMS Medicare |
| 46. Dr. Scott Tenner | 8616, 2211 Emmons Ave<br>Brooklyn, NY 11235 |
| 47. Records Custodian | South Beach Orthotics and Prosthetics<br>975 Arthur Godfrey Rd., Suite 102<br>Miami Beach, FL 33141 |
| 48. Supervisor | Federal Board of Elections |
| 49. Supervisor | City of New York |
| 50. Jose Alejandro Trujillo | Address Unknown |
| 51. Spencer Hunsaker | Address Unknown |
| 52. MSC Staff Captain | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 53. MSC Safety Officer | C/O MSC Cruises, S.A., Via A. |

|  |  |
|---|---|
|  | Depretis, 31, 80133, Naples, Italy |
| 54. MSC Asst. Safety Officer | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 55. Chief Security Officer | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 56. Deputy Purser | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 57. Ship's Doctor | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 58. Ship's Nurse | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 59. Environmental Officer | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 60. Chief Security | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 61. Domenico Ferrara | C/O MSC Cruise Management (UK) United Kingdom |
| 62. Georgios Dimakareas | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 63. Chief Housekeeper | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 64. Francis Didier Tsimaniry | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 65. Nepunan Gestoso Edgar Jr. | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 66. Assistant Chief Housekeeper | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 67. Rapetswan Nkagiseng aka "KG" | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 68. Iaschenko Anastasiia | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |

69. Guest Service Agent     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

70. Sara Richetto     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

71. Mellena Vladimirovna     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

72. Guest Services Agent     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

73. Azagen Sawmynaden     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

74. Maria Florgelin Rabuga     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

75. Housekeeper     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

76. Dani Jeffrey Izaguirre Santos     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

77. Assistant Housekeeper     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

78. Guest Relations Manager     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

79. Hotel Manager     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

80. Accounting Manager     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

81. MSC Master/Captain     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

82. Concierge     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

83. Corporate Representative*     C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy

| | |
|---|---|
| 84. Ryan Allain* | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 85. Jeff Ramos* | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 86. Richard (Rick) Sasso | C/O MSC Cruises (USA) Inc., 6750 N. Andrews Ave, Suite 100 |
| 87. Records Custodian* <br> MSC Cruises, S.A. | C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 88. Classification Society Bureau Veritas Representative | 67/71 Boulevard du Chateau  Corporate <br> 92200 Nuilly <br> Sur Seine France |
| 89. Records Custodian* <br> MSC Cruises (USA) Inc. | C/O MSC Cruises (USA) Inc., 6750 N. Andrews Ave, #100 <br> Ft. Lauderdale, FL 33309 |
| 90. Records Custodian <br> Classification Society Bureau Veritas | 67/71 Boulevard du Chateau <br> 92200 Nuilly Sur Seine France <br> Edificio Century Tower <br> Ave. Ricardo J. Alfaro <br> (Tumba Muerto) <br> Panamá, República De Panamá |
| 91. Corporate Representative* <br> West of England P&I | C/O West of England P&I <br> One Creechurch Place <br> Creechurch Lane <br> London EC3A 5AF |
| 92. Records Custodian* <br> West of England P&I | C/O West of England P&I <br> Højskolevej 3 <br> 7400 Herning <br> Denmark |
| 93. Corporate Representative* <br> Dansk Wilton | C/O Danks Wilton <br> Højskolevej 3 <br> 7400 Herning <br> Denmark |
| 94. Records Custodian* <br> West of England P&I | C/O Danks Wilton <br> One Creechurch Place <br> Creechurch Lane <br> London EC3A 5AF |

95. All witnesses listed on Plaintiff's witness list.

96. All persons deposed in this matter.

97. All persons identified in either party's discovery responses.

98. All persons identified in any documents produced in this matter.

99. All persons identified on either parties' Rule 26 disclosures (including amendments).

100. Impeachment witnesses.

101. All therapists, counselors, psychologists, social workers, physicians and nurses that treated or examined the Plaintiff.

*Witnesses identified with an asterisk (*) are those whom Defendant expects to present, while all other witnesses may be presented if the need arises.

Defendant also reserves the right to call impeachment witnesses, and any and all witnesses on Plaintiff's witness list. Defendant reserves the right to amend and/or supplement this list as necessary through trial.

                Respectfully Submitted,
                **MALTZMAN & PARTNERS, P.A.**

                By:    /s/ *T. Alexander Devine*
                      Jeffrey B. Maltzman, Esq.
                      Florida Bar No. 48860
                      *jeffreym@malzmanpartners.com*
                      Steve Holman, Esq.
                      Florida Bar No. 547840
                      *stevem@maltzmanpartners.com*
                      T. Alexander Devine, Esq.
                      Florida Bar No. 10052
                      *alexd@maltzmanpartners.com*
                      55 Miracle Mile Suite 300
                      Coral Gables, Florida 33134
                      Tel: 305-779-5665
                      Fax: 305-779-5664

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 9th day of August 2019. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:  /s/ *T. Alexander Devine*
T. Alexander Devine, Esq.
Florida Bar No. 10052

## SERVICE LIST
### CASE NO.: 18-CV-61348

| Spencer Aronfeld, Esq. | Jeffrey B. Maltzman, Esq. |
|---|---|
| Aronfeld@Aronfeld.com | jeffreym@maltzmanpartners.com |
| Mathias M. Hayashi, Esq. | Steve Holman, Esq. |
| MHayashi@Aronfeld.com | steveh@maltzmanpartners.com |
| ARONFELD TRIAL LAWYERS | T. Alexander Devine, Esq. |
| 3132 Ponce de Leon Boulevard | alexd@maltzmanpartners.com |
| Coral Gables, Florida 33134 | MALTZMAN & PARTNERS, P.A. |
| Phone: 305-441-0440 | 55 Miracle Mile, Suite 300 |
| Fax: 305-441-0198 | Coral Gables, FL 33134 |
| *Attorneys for Plaintiff* | Phone: 305-779-5665 |
| | Fax: 305-779-5664 |
| | *Attorneys for Defendant* |