UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

SUSAN GOLDSTEIN

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.
_____/

**DEFENDANT'S DEPOSITION DESIGNATIONS**

| WITNESS NAME | DESIGNATION | PLAINTIFF'S OBJECTION | PLAINTIFF'S CROSS-DESIGNAT | PLAINTIFF'S OBJECTION | COURT'S RULING |
|---|---|---|---|---|---|
| Maria Florgelin Rabuga | Entire Deposition (Defendant's Exhibit 101) | | | | |
| Boris Shapiro | Reserved… expect live. Entire deposition. (Defendant's Exhibit 104) | | | | |
| Dr. Leslie Ann Warren | Reserved… expect live. Entire deposition (Defendant's Exhibit 107) | | | | |
| Ryan Allain | Reserved… expect live. Entire Deposition. (Defendant's Exhibit 109). | | | | |

Respectfully Submitted,
**MALTZMAN & PARTNERS, P.A.**

By: /s/ *T. Alexander Devine*
Jeffrey B. Maltzman, Esq.
Florida Bar No. 48860
*jeffreym@malzmanpartners.com*
Steve Holman, Esq.
Florida Bar No. 547840
*stevem@maltzmanpartners.com*
T. Alexander Devine, Esq.
Florida Bar No. 10052
*alexd@maltzmanpartners.com*
55 Miracle Mile Suite 300
Coral Gables, Florida 33134
Tel: 305-779-5665
Fax: 305-779-5664

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 9th day of August 2019. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:  /s/ *T. Alexander Devine*
T. Alexander Devine, Esq.
Florida Bar No. 10052

## SERVICE LIST
## CASE NO.: 18-CV-61348

| Spencer Aronfeld, Esq.<br>Aronfeld@Aronfeld.com<br>Mathias M. Hayashi, Esq.<br>MHayashi@Aronfeld.com<br>ARONFELD TRIAL LAWYERS<br>3132 Ponce de Leon Boulevard<br>Coral Gables, Florida 33134<br>Phone: 305-441-0440<br>Fax: 305-441-0198<br>*Attorneys for Plaintiff* | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>T. Alexander Devine, Esq.<br>alexd@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |