AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

       Plaintiff,

v.

MSC CRUISES, S.A.,

       Defendant.

**PLAINTIFF'S EXHIBIT & WITNESS LIST**

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE **The Honorable William P. Dimitrouleas** | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld, Esq.** **Matthias M. Hayashi, Esq.** **Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY **Jeffrey B. Maltzman, Esq.** **Steve Holman, Esq.** **Rafaela P. Castells, Esq.** **T. Alexander Devine** |
|---|---|---|
| TRIAL DATE(S) **September 9, 2019-September 20, 2019** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objections | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **P'S WITNESSES EXPECTED TO BE CALLED** |
| 1 | | | | | | Ryan Allain, as Corporate Representative of Defendant (Live and Via Deposition/Video Deposition) C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| 2 | | | | | | Dr. Francisco De Caso (Live) College of Engineering, Univ. of Miami 1251 Memorial Drive - McArthur Engineering Building Coral Gables, Florida 33146 |
| 3 | | | | | | Janice Apter (Live and/or Via Deposition/Video Deposition) 2529 E 19th Street Brooklyn, NY 11229 |
| 4 | | | | | | Dr. Nicholas D. Suite (Live) Neurology, Diagnosis and Applied Solution, Inc. 11420 N Kendall Drive Suite#: 100 Miami, FL, 33176 |
| 5 | | | | | | Maria Florgelin Rabuga (Via Deposition/Video Deposition) C/O MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.

### PLAINTIFF'S EXHIBIT & WITNESS LIST

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE<br>**The Honorable William P. Dimitrouleas** | PLAINTIFF'S ATTORNEY<br>**Spencer M. Aronfeld, Esq.**<br>**Matthias M. Hayashi, Esq.**<br>**Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY<br>**Jeffrey B. Maltzman, Esq.**<br>**Steve Holman, Esq.**<br>**Rafaela P. Castells, Esq.**<br>**T. Alexander Devine** |
|---|---|---|
| TRIAL DATE(S)<br>**September 9, 2019-September 20, 2019** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objections | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 6 | | | | | | Susan Goldstein<br>(Live)<br>c/o Aronfeld Trial Lawyers<br>1 Alhambra Plaza, Penthouse<br>Coral Gables, Florida 33134 |
| | | | | | | **P'S WITNESSES (May call if the need arises)** |
| 7 | | | | | | Francesca Montijp<br>149-96TH ST<br>Brooklyn, NY 11209 |
| 8 | | | | | | Vladinro Speranzer<br>1698 Jefferson Ave.<br>Miami Beach, FL 33139 |
| 9 | | | | | | Mark Goldstein<br>1311 Brightwater Avenue #2B<br>Brooklyn, NY 11235 |
| 10 | | | | | | Dr. Jeffery Marc<br>1711 Sheepshead Bay Rd Ste B<br>Brooklyn, NY 11235 |
| 11 | | | | | | Michael Thorpe, MD<br>Central Magnetic Imaging - North<br>1860 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 |
| 12 | | | | | | Dr. Michael Whittels<br>Mount Sania Medical Center<br>1085 kane concourse, |

AO 187 (Rev.07/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.

### **PLAINTIFF'S EXHIBIT & WITNESS LIST**

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE<br>**The Honorable William P. Dimitrouleas** | PLAINTIFF'S ATTORNEY<br>**Spencer M. Aronfeld, Esq.**<br>**Matthias M. Hayashi, Esq.**<br>**Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY<br>**Jeffrey B. Maltzman, Esq.**<br>**Steve Holman, Esq.**<br>**Rafaela P. Castells, Esq.**<br>**T. Alexander Devine** |
|---|---|---|
| TRIAL DATE(S)<br>**September 9, 2019-September 20, 2019** | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | Def.<br>Objecti<br>ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Bal Harbor Island FL 33154 |
| 13 | | | | | | Dr. Lucien Alexandre<br>Mount Sinai Medical Center<br>4302 Alton Road, Suite 840<br>Miami Beach, FL 33140 |
| 14 | | | | | | Dr. Jeff Dreasel<br>Neurology, Diagnosis and Applied Solution, Inc.<br>1108 Kane Concourse # 300B<br>Bay Harbor Islands, FL 33154 |
| 15 | | | | | | Dr. Marina Neystat<br>Weill Cornell Medicine - Advanced Medical Care<br>1117 Brighton Beach Avenue, 2nd Floor<br>Brooklyn, NY 11235 |
| 16 | | | | | | ELENORA ACHILDIYEVA<br>Weill Cornell Medicine<br>1117 Brighton Beach Avenue<br>Brooklyn, NY 11235 |
| 17 | | | | | | Dr. Simone Betchen<br>Maimonides Medical Center<br>4802 10th Ave<br>Brooklyn, NY 11219 |
| 18 | | | | | | Dr. Ashley Marcus<br>Precision Care Medical Care and Sports Performance<br>2781 Shell Road Suite 101, |

3

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.

**PLAINTIFF'S EXHIBIT & WITNESS LIST**

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE<br>**The Honorable William P. Dimitrouleas** | | | PLAINTIFF'S ATTORNEY<br>**Spencer M. Aronfeld, Esq.**<br>**Matthias M. Hayashi, Esq.**<br>**Abby H. Ivey, Esq.** | | DEFENDANT'S ATTORNEY<br>**Jeffrey B. Maltzman, Esq.**<br>**Steve Holman, Esq.**<br>**Rafaela P. Castells, Esq.**<br>**T. Alexander Devine** |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**September 9, 2019-September 20, 2019** | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | Def.<br>Objecti<br>ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Brooklyn, NY 11223 |
| 19 | | | | | | Dr. Raymond Bartoli<br>1118 Avenue Y<br>Brooklyn, NY 11235 |
| 20 | | | | | | Dr. Brian Berliner<br>Sheepshead Bay Chiropractic Center<br>2572 East 15th Street<br>Brooklyn NY, 11235 |
| 21 | | | | | | Dr. Scott Tenner<br>8616, 2211 Emmons Ave<br>Brooklyn, NY 11235 |
| 22 | | | | | | Dr. Evan Sorkin<br>3000 Ocean Parkway #2g<br>Brooklyn, NY, 11235 |
| 23 | | | | | | Caryl Rasco<br>7217 18th Avenue<br>Brooklyn, NY 11204 |
| 24 | | | | | | Vanessa Volmar<br>244 East 84 Street<br>3rd Floor<br>New York, NY 10028 |
| 25 | | | | | | Yevgeny Onefator<br>186 Joralemon Street Fl 8<br>Brooklyn, NY 11201 |

4

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

     Plaintiff,

v.

MSC CRUISES, S.A.,

     Defendant.

**PLAINTIFF'S EXHIBIT & WITNESS LIST**

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| **The Honorable William P. Dimitrouleas** | | | | | | **Spencer M. Aronfeld, Esq.** **Matthias M. Hayashi, Esq.** **Abby H. Ivey, Esq.** | **Jeffrey B. Maltzman, Esq.** **Steve Holman, Esq.** **Rafaela P. Castells, Esq.** **T. Alexander Devine** |
| TRIAL DATE(S) | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| **September 9, 2019-September 20, 2019** | | | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objecti ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 26 | | | | | | Dr. Evan Sorkin 3000 Ocean Parkway #2g Brooklyn, NY 11235 | |
| 27 | | | | | | Select Physical Therapy 333 Arthur Godfrey Road, Suite 718 Miami Beach, FL 33140 | |
| 28 | | | | | | Dr. Michael Thorpe Central Magnetic Imaging 1860 NE Miami Gardens Drive North Miami Beach, FL 33179 | |
| 29 | | | | | | South Beach Orthotics and Prosthetics 975 Arthur Godfrey Rd., Suite 102 Miami Beach, FL 33141 | |
| 30 | | | | | | Globe Drug Store 405 86th St Brooklyn, NY 11209 | |
| 31 | | | | | | Fyzical Therapy 2240 NE 123rd Street North Miami, FL, 33181 | |
| 32 | | | | | | Wittels Orthopedic Center 1085 Kane Concourse Bay Harbour, FL, 33154 | |
| 33 | | | | | | Ocean Radiology 049 Ocean Parkway Brooklyn, NY 11235 | |

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.

### PLAINTIFF'S EXHIBIT & WITNESS LIST

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| **The Honorable William P. Dimitrouleas** | | **Spencer M. Aronfeld, Esq.** **Matthias M. Hayashi, Esq.** **Abby H. Ivey, Esq.** | **Jeffrey B. Maltzman, Esq.** **Steve Holman, Esq.** **Rafaela P. Castells, Esq.** **T. Alexander Devine** |

| TRIAL DATE(S) | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|
| **September 9, 2019-September 20, 2019** | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objections | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 34 | | | | | | NJ Spine and Orthopedic 545 5th Ave., Suite 1009 New York City, NY 10017 |
| 35 | | | | | | Dr. Leon Stepensky Fit Feet Podiatry 3111 Brighton 2nd St Brooklyn, NY 11235 |
| 36 | | | | | | Supervisor Federal Board of Elections |
| 37 | | | | | | Supervisor City of New York |
| 38 | | | | | | Record Custodian MSC Cruises, S.A., Via A. Depretis, 31, 80133, Naples, Italy |
| | | | | | | Any and all medical care providers and/or records custodians |
| | | | | | | All witnesses listed on Defendant's Witness list |
| | | | | | | Any and all witnesses identified in depositions taken in this matter. |
| | | | | | | Any and all witnesses identified in discovery responses and documents produced during discovery in this matter. |
| | | | | | | Any newly discovered/revealed witnesses |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.

**PLAINTIFF'S EXHIBIT & WITNESS LIST**

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE<br>**The Honorable William P. Dimitrouleas** | | | | | | PLAINTIFF'S ATTORNEY<br>**Spencer M. Aronfeld, Esq.**<br>**Matthias M. Hayashi, Esq.**<br>**Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY<br>**Jeffrey B. Maltzman, Esq.**<br>**Steve Holman, Esq.**<br>**Rafaela P. Castells, Esq.**<br>**T. Alexander Devine** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**September 9, 2019-September 20, 2019** | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | Def.<br>Objecti<br>ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | All treating doctors and/or medical providers of Plaintiff. | |
| | | | | | | Impeachment and rebuttal witnesses | |
| | | | | | | Plaintiff reserves the right to amend or supplement this list | |

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.

### PLAINTIFF'S EXHIBIT & WITNESS LIST

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE<br>**The Honorable William P. Dimitrouleas** | PLAINTIFF'S ATTORNEY<br>**Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq.<br>Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY<br>**Jeffrey B. Maltzman, Esq.<br>Steve Holman, Esq.<br>Rafaela P. Castells, Esq.<br>T. Alexander Devine** |
|---|---|---|
| TRIAL DATE(S)<br>**September 9, 2019-September 20, 2019** | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | Def.<br>Objecti<br>ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **PLAINTIFF'S EXHIBITS** |
| 1 | 1, 4 | | | | | Booking Documents |
| 2 | 3 | | | | | MSC Divina Bridge Log February 3, 2018 |
| 3 | 5 | | | | | Plaintiff's Noise Complaint |
| 4 | 5 | | | | | Plaintiff's Other Complaints |
| 5 | 9 | | | | | Carpet Dryer Manual |
| 6 | 11, 65 | | | | | Medical Records from Dr. Brian Berliner |
| 7 | 12, 67 | | | | | Medical Records from Dr. Raymond Bartoli |
| 8 | 13, 64 | | | | | Records from Fyzical Therapy and Balance Centers |
| 9 | 14, 19, 75 | | | | | Records and Bills from Globe Drug Store |
| 10 | 17, 68, 81 | | | | | Records from Mt. Sanai Medical Center |
| 11 | 18, 84 | | | | | Records from Weill Cornell Medicine |
| 12 | 20 | | | | | Records from South Beach Prosthetics |
| 13 | 21 | | | | | Defendant's Responses to Plaintiff's Interrogatories 08-20-18 |
| 14 | 23 | | | | | Defendant's Supplemental Responses to Interrogatory No. 22 |
| 15 | 26 | | | | | Defendant's Supplemental Responses to Plaintiff's Initial Interrogatories Numbers 3, 4, 6-11 and 13-21 |
| 16 | 27 | | | | | Defendant's Supplemental Responses to Plaintiff's Initial Interrogatory Number 1 |
| 17 | 30 | | | | | Defendant's Second Supplemental Responses to Plaintiff's First Interrogatories Numbers 9, 20, 21 |
| 18 | 38 | | | | | Defendant's Responses to Plaintiff's Third Interrogatories |

8

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.

### PLAINTIFF'S EXHIBIT & WITNESS LIST

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE **The Honorable William P. Dimitrouleas** | | | | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld, Esq. Matthias M. Hayashi, Esq. Abby H. Ivey, Esq.** | | | DEFENDANT'S ATTORNEY **Jeffrey B. Maltzman, Esq. Steve Holman, Esq. Rafaela P. Castells, Esq. T. Alexander Devine** |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S) **September 9, 2019-September 20, 2019** | | | | COURT REPORTER | | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objecti ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 19 | 39 | | | | | Defendant's Responses to Plaintiff's First Requests for Admissions | |
| 20 | 43, 86 | | | | | Medical Records from Precision Care (LSpineMRI) | |
| 21 | 43, 86 | | | | | Medical Records from Precision Care (mri1) | |
| 22 | 43, 86 | | | | | Medical Records from Precision Care (TspineMRI) | |
| 23 | 43, 86 | | | | | Medical Records from Precision Care (ultrasound) | |
| 24 | 86 | | | | | Medical Records from Precision Care (emg) | |
| 25 | 86 | | | | | Medical Records from Precision Care | |
| 26 | 43, 79 | | | | | Medical Records from Ocean Radiology | |
| 27 | 43, 74 | | | | | Medical Records from South Beach Prosthetics | |
| 28 | 43, 88 | | | | | Medical Records and Bills from Wittels Orthopaedic and Sports Medicine Center | |
| 29 | 46 | | | | | Bill from Dr. Suite | |
| 30 | 50 | | | | | Dr. Sher's X-Rays | |
| 31 | 59, 63 | | | | | Expert Witness Dr. De Caso Basalo Plaintiff Expert Report | |
| 32 | 80, 42 | | | | | Medical Records and Bills from Neurology Diagnosis and Applied Solutions Inc | |
| 33 | 83 | | | | | Medical Records from Dr. Simone Betchen | |
| 34 | 43 | | | | | Medical Records and Bills from CMI North | |
| 35 | 103 | | | | | Exhibit Photographs to Janice Apter's Depo | |
| 36 | 110 | | | | | Diagram of Ship | |
| 37 | 10 | | | | | Bills from Bosh Physical Therapy | |
| 38 | 43, 87 | | | | | Medical Records from Jeffrey C Marc MD | |
| 39 | | | | | | Medical Bills from Dr. Jeffrey Marc | |
| 40 | | | | | | Medical Bills from Dr. Raymond Bartoli | |
| 41 | | | | | | Records and Bills from Mount Sinai Medical | |

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

     Plaintiff,

v.

MSC CRUISES, S.A.,

     Defendant.

### **PLAINTIFF'S EXHIBIT & WITNESS LIST**

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE **The Honorable William P. Dimitrouleas** | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld, Esq. Matthias M. Hayashi, Esq. Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY **Jeffrey B. Maltzman, Esq. Steve Holman, Esq. Rafaela P. Castells, Esq. T. Alexander Devine** |
|---|---|---|
| TRIAL DATE(S) **September 9, 2019-September 20, 2019** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objections | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 42 | | | | | | Medical Records from Mount Sinai Pain Management |
| 43 | | | | | | Medical Records from Precision Care |
| 44 | | | | | | [DE 127-1] Letter from Dr. Ashley Marcus |
| 45 | | | | | | [DE 127-2] Medical Record from Precision Care |
| 46 | | | | | | Medical Records from Select Physical Therapy |
| 47 | | | | | | Medical Bill from Weill Cornell Medical (7-27-2018) |
| 48 | | | | | | Medical Bill from Weill Cornell Center (8-31-2018) |
| 49 | | | | | | Weill Cornell Connect - Visit Summary (4-5-2018) |
| 50 | | | | | | Weill Cornell Connect - Visit Summary (4-9-2018) Doc 1 |
| 51 | | | | | | Weill Cornell Connect - Visit Summary (4-9-2018) Doc 2 |
| 52 | | | | | | Weill Cornell HealthSummary20180831 |
| 53 | | | | | | Weill Cornell Patient Health Summary |
| 54 | | | | | | Weill Cornell Connect - Medical History |
| 55 | | | | | | CMS Lien 3-14-19 |
| 56 | | | | | | MSC Safety Video |
| 57 | | | | | | Guest services complaint for noise in cabins in same corridor - MSC 0144 - 0147 |
| 58 | | | | | | Daily Program with Plaintiff's Notes |
| 59 | | | | | | Pictures of Plaintiff's Shoes |
| 60 | | | | | | Video from Ship Inspection "IMG_5733" |
| 61 | | | | | | Video from Ship Inspection "IMG_5734" |
| 62 | | | | | | Video from Ship Inspection "IMG_5735" |
| 63 | | | | | | Video from Ship Inspection "IMG_5736" |
| 64 | | | | | | Video from Ship Inspection "IMG_5737" |
| 65 | | | | | | Video from Ship Inspection "IMG_5738" |
| 66 | | | | | | Video from Ship Inspection "IMG_5739" |

AO 187 (Rev.07/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUSAN GOLDSTEIN,

     Plaintiff,

v.

MSC CRUISES, S.A.,

     Defendant.

### PLAINTIFF'S EXHIBIT & WITNESS LIST

CASE NO. 0:18-cv-61348- CIV-DIMITROULEAS

| PRESIDING JUDGE **The Honorable William P. Dimitrouleas** | PLAINTIFF'S ATTORNEY **Spencer M. Aronfeld, Esq.** **Matthias M. Hayashi, Esq.** **Abby H. Ivey, Esq.** | DEFENDANT'S ATTORNEY **Jeffrey B. Maltzman, Esq.** **Steve Holman, Esq.** **Rafaela P. Castells, Esq.** **T. Alexander Devine** |
|---|---|---|
| TRIAL DATE(S) **September 9, 2019-September 20, 2019** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | Def. Objecti ons | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 67 | | | | | | Video from Ship Inspection "IMG_5740" |
| 68 | | | | | | 1) Expert Inspection Photos |
| 69 | | | | | | 2) Ship Inspection Photos |
| 70 | | | | | | 3) Ship Inspection Photos |
| 71 | | | | | | 4) Expert Inspection Photos |
| 72 | | | | | | Picture Looking up at Ceiling from Ship Inspection |
| 73 | | | | | | Social Security Mortality Table |
| 74 | | | | | | Demonstrative exhibits, including but not limited to photographs, videos, medical records models/illustrations |
| 75 | | | | | | (Demonstrative) Any and all documents, photographs, tangible things, or exhibits of any kind relied upon by Plaintiff's experts in formulating his opinions in this cause of action |
| 76 | | | | | | (Demonstrative) Any and all medical doctors' or Plaintiff's experts' illustrations, diagrams, models, or charts. |
| 77 | | | | | | Impeachment or rebuttal exhibits |
| | | | | | | Plaintiff reserves the right to amend or supplement this list. |

| * denotes exhibits Plaintiff may offer if the need arises. |
|---|